JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MURILLO, | CV 22-3970 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FCA US LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Court's May 8, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 8, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE