UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MURILLO,<br><br>      Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>      Defendants. | Case No.: 2:22-cv-03970-PA-PD<br><br>District Judge: Percy Anderson<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JOSE A. MURILLO ("Plaintiff") and Defendant FCA US, LLC have agreed FCA will pay $9,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to satisfy reasonable fees, costs and expenses for $9,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs within 60 days of entry of this Order.  The clerk is ordered to administratively close this case without prejudice to either party seeking to have case reopened within 60 days to enforce payment of the $9,000.  If the case is not re-opened within 60 days, the clerk is ordered to dismiss this action with prejudice.  If plaintiff receives the payment within the next 60 days, he shall dismiss this action with prejudice.

    **IT IS SO ORDERED.**

Date: May 22, 2023

                                                  Percy Anderson
                                                  United States District Judge